```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                  DIVISION OF ST. THOMAS AND ST. JOHN

RAPHAEL MENDEZ,                    )
                                   )
           Plaintiff,              )
                                   )
      v.                           )   Civil No. 16-26
                                   )
HONORABLE STACEY E. PLASKETT,      )
VIRGIN ISLANDS FEDERAL             )
CONGRESSWOMAN; CLETIS CLENDINEN,   )
VIRGIN ISLANDS CONSTITUTENT        )
REPRESENTATIVE; and UNKNOWN        )
VIRGIN ISLANDS LEGISLATIVE         )
DIRECTOR;                          )
                                   )
           Defendants.             )
                                   )
```

**APPEARANCES:**

**Raphael Mendez**
    *Pro se.*

## JUDGMENT

**GÓMEZ, J.**

Before the Court are the petition for mandamus and pending motions of Raphael Mendez. Also before the Court is the report and recommendation of the Magistrate Judge.

For the reasons outlined in the Memorandum Opinion of even date, it is hereby

**ORDERED** that Raphael Mendez's petition for a writ mandamus is **DENIED;** it is further

**ORDERED** that all pending motions are **MOOT;** it is further

**ORDERED** that the report and recommendation is **MOOT**; it is further

**ORDERED** that the Clerk of Court shall forward Raphael Mendez's appeal docketed at ECF No. 11 to the Clerk's Office for the Third Circuit; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this case.

S\_____
**Curtis V. Gómez
District Judge**